1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7  STARBUCKS CORPORATION a
   Washington corporation,

No. 14-363

8                  Plaintiff,

**STARBUCKS CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

9       v.

10 NEOMEDIA TECHNOLOGIES, INC. a
   Delaware corporation,

11                 Defendant.

12

13  Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned, counsel of record for

14 Plaintiff Starbucks Corporation ("Starbucks"), certifies that, as of this date, Starbucks has no parent

15 corporation and is not aware of any publicly owned corporation owning 10% or more of its stock.

16
17
18
19
20
21
22
23

24 CORPORATE DISCLOSURE STATEMENT- 1

**Perkins Coie** LLP
1, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

25

| | | |
|---|---|---|
| 1 | DATED:  March 12, 2014. | */s/ Stevan R. Stark* |
| | | Stevan R. Stark, WA Bar# 39639 |
| 2 | | sstark@perkinscoie.com |
| | | Perkins Coie LLP |
| 3 | | 1201 Third Avenue, Suite 4800 |
| | | Seattle, WA 98101 |
| | | Phone: 206-359-3029 |
| 4 | | Fax: 206-359-4029 |

Matthew C. Bernstein *(Pro Hac Vice Pending)*
mbernstein@perkinscoie.com
Joseph P. Reid *(Pro Hac Vice Pending)*
jreid@perkinscoie.com
Philip A. Morin *(Pro Hac Vice Pending)*
pmorin@perkinscoie.com
Di Zhang *(Pro Hac Vice Pending)*
dzhang@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Phone: 858-720-5700
Fax: 858-720-5799

Attorneys for Plaintiff

Starbucks Corporation

CORPORATE DISCLOSURE STATEMENT- 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000